**Motion Granted; Dismissed and Memorandum Opinion filed October 4, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00741-CV

## CHARLES ORR, INDIVIDUALLY AND DBA SUNBELT SERVICES GROUP, Appellant

### V.

## CHAMPION WIRE & CABLE, LLC, Appellee

### On Appeal from the 157th District Court
### Harris County, Texas
### Trial Court Cause No. 2011-65101

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 18, 2012. On September 26, 2012, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.